UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  19-20635-CR-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JHON JAIRO SILVA HERNANDEZ ,

        Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

Defendant, Jhon Jairo Silva Hernadez, through undersigned counsel and pursuant to 18 U.S.C. § 3161, does hereby waive his right to a speedy trial from the date of the filing of this waiver until March 1, 2022.

        By: /s/ Kirsten R. Nelson
           Kirsten R. Nelson
           Assistant Federal Public Defender
           Florida Special A No.: A5502543
           150 W. Flagler Street, Suite 1700
           Miami, Florida 33130-1556
           Tel: (305) 530-7000
           E-mail: kirsten_nelson@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 19, 2022, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: /s/ *Kirsten R. Nelson*
                     Kirsten R. Nelson