UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-cr-20635-Williams

UNITED STATES OF AMERICA,

v.

JHON JAIRO SILVA HERNANDEZ,

    Defendant.
_____/

## FACTUAL PROFFER

The Defendant, Jhon Jairo Silva Hernandez ("Defendant"), his counsel, and the United States of America agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

An investigation by law enforcement authorities identified a drug trafficking organization based in Ipiales, Colombia, that, in approximately 2018 and 2019, was responsible for acquiring, transporting, and distributing heroin from Colombia to the United States and elsewhere. The investigation revealed that, since September 2018, the Defendant, a Colombian National Police (CNP) officer working in Ipiales, Colombia, supplied heroin from Colombia for distribution to the United States.

More specifically, in September 2018, a confidential informant identified the Defendant as a corrupt CNP officer who was involved in trafficking heroin. In October 2018, another confidential informant introduced the Defendant to an undercover CNP officer (the "UC") who described himself as a purchaser of heroin with a distribution network in Miami, Florida.

On October 30, 2018, the UC and SILVA HERNANDEZ met in a parking lot in Ipiales, Colombia, and discussed the sale of two kilograms of heroin for 25,000 Colombian pesos

(approximately US $8,000). The meeting was partially recorded by the UC using an audio recording device. The UC advised the Defendant that he would ship the two kilograms of heroin to Miami, Florida, where he had a distribution network. After agreeing to sell two kilograms of heroin to the UC, the Defendant briefly left, returning with a bag, which he handed to the UC. Before the purchase, the UC tested the contents of the bag provided by Defendant. The test confirmed it was heroin. The UC paid the Defendant 25,000 Colombian pesos for the heroin.

On December 28, 2018, the UC used the WhatsApp text messaging application to send a message to the Defendant advising that the two kilograms of heroin that the Defendant previously sold to the UC were transported successfully to Miami, Florida. The UC then requested that the Defendant provide him with an additional kilogram of heroin by January 10, 2019. The Defendant responded by requesting that the UC contact him closer to January 10, 2019.

On January 5, 2019, the UC contacted the Defendant via WhatsApp. The Defendant agreed to sell the UC one kilogram of heroin for 15,000 Colombian pesos (approximately US $4,700).

On January 10, 2019, the Defendant and the UC met at a mall in Ipiales, Colombia. The meeting was recorded by the UC using audio and video recording devices. During the meeting, the UC thanked the Defendant for the two kilograms of heroin previously sold to the UC. The UC told the Defendant that the two kilograms of heroin had arrived "nicely" in Miami.

During this January 10, 2019 meeting, the Defendant assured the UC that the additional kilogram of heroin was the same quality as the two previous kilograms of heroin. The UC agreed and said he would pay 15,000 Colombian pesos for the kilogram of heroin. The Defendant then handed the UC a bag. The UC left the meeting, tested the contents of the bag, and confirmed that it contained heroin. The UC then paid the Defendant 15,000 Colombian pesos.

CNP officials subsequently conducted a laboratory analysis of each of the three kilograms

of heroin purchased from the Defendant and determined that the three kilograms all tested positive for heroin. The total weight of the heroin sold by the Defendant was around three kilograms, but this included packaging. As such, the total weight of the actual heroin, minus packaging, was slightly under three kilograms.

The Parties agree that the above facts, which do not include all the facts known to the Government and the Defendant, are sufficient to prove the guilt of the Defendant in the above-referenced matter.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 3/10/22        By: _____
                          FREDERIC C. SHADLEY
                          ASSISTANT UNITED STATES ATTORNEY

Date: 03/10/22       By: _____
                          AFPD KIRSTEN NELSON, ESQ.
                          COUNSEL FOR DEFENDANT

Date: 03/10/22       By: _____
                          JHON JAIRO SILVA HERNANDEZ
                          DEFENDANT